IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------ :
: CASE NO.  1:13-cv-01708
JOANNE MCWHORTER, :
:
Plaintiff, : <u>ORDER ADOPTING THE</u>
: <u>MAGISTRATE JUDGE'S REPORT AND</u>
-vs- : <u>RECOMMENDATION AND GRANTING</u>
: <u>THE PLAINTIFF'S MOTION FOR</u>
: <u>ATTORNEY FEES</u>
COMMISSIONER OF SOCIAL :
SECURITY, :

Defendant.
------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

Before the Court is the Report and Recommendation of United States Magistrate Judge Vernelis K. Armstrong recommending that the plaintiff's motion for attorney fees be granted. Pursuant to 28 U.S.C. § 636(b)(1), this Court makes a de novo determination of those portions of the R&R to which a timely objection is made. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note. In this instance, the defendant indicates that she will not be

filing objections. Therefore, having reviewed the Magistrate Judge's Report and Recommendation and found it to be without error, the Court adopts it and grants the plaintiff's motion for attorney fees.

    IT IS SO ORDERED.

                                            /s/ Lesley Wells
                                        UNITED STATES DISTRICT JUDGE

Date: 5 August 2014